

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Filomeno Burrola, III,  * From the 161st District Court
of Ector County,
Trial Court No. A-17-1381-CR.

Vs. No. 11-22-00185-CR  * March 30, 2023

The State of Texas,  * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to reflect that the "Original Punishment Assessed" was "TEN (10) YEARS INSTITUTIONAL DIVISION, TDCJ PROBATED FOR FIVE (5) YEARS." As modified, we affirm the judgment of the trial court.